Ben A. Kaplan
**CHULSKY KAPLAN LLC**
280 Prospect Ave. 6G
Hackensack, NJ 07601
Phone: (877) 827-3395 ex 102
Attorneys for Plaintiff(s)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SUHEIL LOPEZ, on behalf of herself and all others similarly situated,<br><br>Plaintiff(s),<br><br>-against-<br><br>MERCANTILE ADJUSTMENT BUREAU, LLC; LVNV FUNDING, LLC and JOHN DOES 1-25,<br><br>Defendant(s). | Civil Case: 3:18-cv-12490-AET-LHG<br><br>**CIVIL ACTION**<br><br>STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii) |

Pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), the parties hereby stipulate and agree that the within matter is hereby dismissed against Defendants, in the above captioned matter, **with prejudice** and dismissed as to the claims made on behalf of the putative class without prejudice.

*s/ Ben A. Kaplan*
Ben A. Kaplan, Esq.
CHULSKY KAPLAN LLC
280 Prospect Ave. 6G
Hackensack, NJ 07601
Phone: (877) 827-3395 ex 102
ben@chulskykaplanlaw.com
Attorneys for Plaintiff

Dated: August 8, 2019

*s/ Sean M. Obrien*
Sean M. Obrien, Esq.
LIPPES MATHIAS WEXLER FRIEDMAN LLP
50 Fountain Plaza Suite 1700
Buffalo, NY 14202
Phone: (716) 362-7615
sobrien@lippes.com
Attorneys for Defendants

Dated: August 8, 2019

So ordered. 8/15/19
*Anne E. Thompson*